No. 17,078.

KAESS *v.* SHEWALTER ET AL.
(266 P. [2d] 773)

Decided February 1, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. A. J. LAING, Mr. JOHN M. BOYLE, Mr. MACK WITTY, for plaintiff in error.

Mr. J. STUMP WITCHER, Mr. WILLIAM S. RUSH, Mr. DONALD F. MYERS, for defendants in error.